# EXHIBIT C

**to**

**Liberty Mutual Insurance Company and Ohio Security Insurance Company's Notice of Removal**

Electronically Filed
Kahalah A. Clay
Circuit Clerk
RACHEL MENDEZ
19L0234
St. Clair County
12/2/2019 3:33 PM
7561452

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

TOMMY HARRIS )
)
Plaintiff, )
)
v. ) No. 19-L-234
)
DURHAM )
ENTERPRISES, INC., )
DON DURHAM, LIBERTY MUTUAL )
INSURANCE, and OHIO SECURITY, )
)
)
Defendants. )

**FIRST AMENDED COMPLAINT**

The case herein was severed from case number 17-L-7 on April 1, 2019. At the time of severance, Counts I and II below were plead in the Fifth Amended Complaint, which was the current complaint on file in 17-L-7, as Counts IV and VIII.

**COUNT I**
**(TOMMY HARRIS v. DURHAM ENTERPRISES, INC.)**

Comes now the plaintiff, by and through his attorney, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count I of his First Complaint against the defendant, DURHAM ENTERPRISES, INC., states as follows:

1. That on or about December 7, 2015, and thereafter, Tommy Harris was a citizen and resident of the State of

Illinois, when he presented to the various entities referenced herein for medical care and treatment, including dialysis.

2. That at all times herein mentioned, Renal Life Link, Inc. d/b/a Metro East Dialysis, was a corporation, authorized and doing business in the State of Illinois, an owner and operator of dialysis center located at 5105 W Main St., Belleville, IL 62226-4728, when it, by and through its agents, servants, and employees, assumed the care of plaintiff herein.

3. That at all times herein mentioned, DaVita, Inc., was a corporation, authorized and doing business in the State of Illinois, an owner and operator of dialysis center located at 5105 W Main St., Belleville, IL 62226-4728, when it, by and through its agents, servants, and employees, assumed the care of plaintiff herein.

4. That at all times herein mentioned, City Wide Maintenance of St. Louis, defendant Durham Enterprises, Inc., and CBRE, Inc. were doing business in the State of Illinois, and were providing commercial cleaning services to the dialysis center located at 5105 W Main St., Belleville, IL 62226-4728.

5. That at all relevant times, defendant Don Durham was the owner and operator of defendant City Wide Maintenance of St. Louis and Durham Enterprises, Inc.

6. Plaintiff neither knew nor by the exercise of reasonable care could have known of his injury and its wrongful cause more than 2 years prior to the filing of the fifth Amended Complaint in case number 17-L-7.

7. That the defendant, individually, and by and through its agents, apparent agents, servants, and employees, was guilty of one or more of the following negligent acts or omissions:

    a) negligently and carelessly failed to properly clean and sanitize said dialysis center;

8. That as a direct and proximate result of one or more of the foregoing negligent acts or omission, plaintiff suffered numerous infections on or about February 2016, March 2016, May 2016, June 2016, and August 2016, and has suffered permanent pain, mental anguish, disability and disfigurement. He has been permanently prevented from attending to his usual affairs and duties and has lost wages and income past, present and future. He has incurred and become liable for large sums of money in hospital, medical and related expenses, past, present and future, all to his damage in a substantial amount.

WHEREFORE, plaintiff demands judgment against the defendant in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

**COUNT II**

**(TOMMY HARRIS v. DON DURHAM)**

Comes now the plaintiff, by and through his attorney, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count II of his First Amended Complaint against the defendant, DON DURHAM, states as follows:

1.- 8. Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through and including 8 of Count I of his First Amended Complaint as and for paragraphs 1 through and including 8 of Count II.

WHEREFORE, plaintiff demands judgment against the defendant in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

**COUNT III**

**(TOMMY HARRIS v. LIBERTY MUTUAL INSURANCE – DECLARATORY JUDGMENT)**

Comes now the plaintiff, by and through his attorney, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count III of his First Amended Complaint against the defendant, LIBERTY MUTUAL INSURANCE, states as follows:

1. That defendants Don Durham and Durham Enterprises, Inc. d/b/a City Wide Maintenance of St. Louis (hereinafter "Durham"), were insureds under a commercial policy of insurance, policy

number BKS1657078432, issued by defendants Ohio Security and Liberty Mutual Insurance (hereinafter "Liberty") which was effective between December 30, 2015, until December 30, 2016.

2. That on January 10, 2017, plaintiff filed a Complaint against Renal Life Link Inc. d/b/a Metro East Dialysis and Davita, Inc. alleging various theories of medical negligence (case number 17-L-7) for causing plaintiff to suffer numerous infections between February 8, 2016, and August 5, 2016, while undergoing dialysis.

3. That on April 19, 2017, plaintiff filed a First Amended Complaint adding defendant Durham as a defendant alleging it negligently and carelessly failed to properly clean said dialysis center causing plaintiff to suffer numerous infections. The Complaint and Amended Complaints did not allege damages as a result of *bacterial* infections.

4. That on May 5, 2017, defendant Durham was served with a copy of the First Amended Complaint and provided defendant Liberty with a copy of the First Amended Complaint.

5. The policy contained a duty to defend, in that, it stated:

> "We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for bodily injury" or "property damage" to which insurance does not apply."

6. That on May 15, 2017, defendant Liberty sent a letter to defendant Durham denying coverage and refusing to defend Durham because the policy excludes any loss due to the effects of bacteria.

7. On March 18, 2019, plaintiff filed a motion to sever the claims against defendant Durham which was granted on April 1, 2019, and the severed claims were given the case number herein, 19-L-234.

8. A bench trial of this matter, case number 19-L-234, was conducted on July 30, 2019.

9. To date defendant Liberty has not filed a declaratory judgment action nor provided a defense to defendant Durham under a reservation of rights.

10. That on October 9, 2019, the Court entered judgment in favor of plaintiff Tommy Harris and against defendant Durham in the amount of $2,080,585.95.

11. The Court made the following conclusions of law: Defendant Liberty had a duty to defend defendant Durham; Defendant Liberty breached its duty to defend defendant Durham; Defendant Liberty is estopped from denying coverage for the judgment entered against defendant Durham; Defendant Durham was negligent and the proximate cause of plaintiff's damages; plaintiff suffered damages in the amount $2,080,585.95.

WHEREFORE, plaintiffs respectfully pray this Court to enter a judgment against the defendants herein declaring:

a) Ohio Security and Liberty Mutual Insurance must satisfy plaintiff's judgment of $2,080,585.95 against Durham Enterprises, Inc. d/b/a City Wide Maintenance of St. Louis and Don Durham;

b) For such other relief as the Court deems proper.

**COUNT IV**

**(TOMMY HARRIS v. OHIO SECURITY - DECLARATORY JUDGMENT)**

Comes now the plaintiff, by and through his attorney, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count IV of his First Amended Complaint against the defendant, OHIO SECURITY, states as follows:

1.- 11. Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through and including 11 of Count III of his First Amended Complaint as and for paragraphs 1 through and including 11 of Count IV.

WHEREFORE, plaintiffs respectfully pray this Court to enter a judgment against the defendants herein declaring:

a) Ohio Security and Liberty Mutual Insurance must satisfy plaintiff's judgment of $2,080,585.95 against Durham Enterprises, Inc. d/b/a City Wide Maintenance of St. Louis and Don Durham;

For such other relief as the Court deems proper.

/s/SAMANTHA S. UNSELL
SAMANTHA S. UNSELL
IL Reg. No. 6298752
Attorney for the Plaintiff

**KEEFE, KEEFE & UNSELL, P.C.**
**ATTORNEY AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS 62226**
**618/236-2221**
**618/236-2194 (Facsimile)**
**Primary Email:** ashley@tqkeefe.com
**Secondary Email:** samunsell@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2019, I electronically filed the FIRST AMENDED COMPLAINT with the Clerk of Court using the EFM system which will send notification of such filing to the following:

Mr. Ted F. Frapolli
1714 Deer Tracks Trail
Suite 200
St. Louis, MO 63131
Email: Ted@tffrapollilaw.com

/s/ SAMANTHA S. UNSELL