UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOMMY HARRIS, <br><br>    Plaintiff/Counterdefendant, <br><br>v. <br><br>DURHAM ENTERPRISES, INC., and DON DURHAM, <br><br>    Defendants/Crossclaim Plaintiff/ Crossclaim Defendants, <br><br>and <br><br>LIBERTY MUTUAL INSURANCE COMPANY, <br><br>    Defendant/Crossclaim Defendant, <br><br>and <br><br>OHIO SECURITY INSURANCE COMPANY, <br><br>    Defendant/Counterplaintiff/Crossclaim Plaintiff/Crossclaim Defendant, <br><br>and <br><br>OHIO CASUALTY INSURANCE COMPANY, <br><br>    Intervenor Defendant/Counterplaintiff/ Crossclaim Plaintiff | Case No. 20-cv-72-JPG |
| **Consolidated with:** | |
| TOMMY HARRIS, DURHAM ENTERPRISES, INC. d/b/a City Wide Maintenance of St. Louis, and DON DURHAM, <br><br>    Plaintiffs, <br><br>v. <br><br>LIBERTY MUTUAL INSURANCE COMPANY, and OHIO SECURITY INSURANCE COMPANY, <br><br>    Defendants. | Case No. 21-cv-1389-JPG |

# JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Liberty Mutual Insurance Company, Ohio Security Insurance Company, and Ohio Casualty Insurance Company and against Don Durham and Durham Enterprises, Inc. on the declaratory claims in these cases;

IT IS FURTHER DECLARED that:

> Defendants Ohio Security Insurance Company and Liberty Mutual Insurance Company owed no duty to defend or indemnify Don Durham and Durham Enterprises, Inc. d/b/a City Wide Maintenance of St. Louis in the lawsuits *Harris v. Durham Enterprises, Inc. and Don Durham*, Nos. 17-L-7 and 19-L-0234, in the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois. under commercial package insurance policy number BKS1657078432; and

> Defendant Ohio Casualty Insurance Company owed no duty to defend or indemnify Don Durham and Durham Enterprises, Inc. d/b/a City Wide Maintenance of St. Louis in the lawsuits *Harris v. Durham Enterprises, Inc. and Don Durham*, Nos. 17-L-7 and 19-L-0234, in the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois. under commercial umbrella insurance policy number USO 57078432;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Liberty Mutual Insurance Company and Ohio Security Insurance Company and against Don Durham and Durham Enterprises, Inc. on the cross-claims of Don Durham and Durham Enterprises, Inc. for breach of insurance contract and for bad faith failure to settle an insurance claim, and that such claims are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Liberty Mutual Insurance Company and Ohio Security Insurance Company and against plaintiff Tommy Harris on Tommy Harris's equitable garnishment claim based a duty to indemnify, and that such claim is dismissed with prejudice.

**DATED:  May 3, 2022**

**MONICA A. STUMP, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**